# CASE ANNOUNCEMENTS

*July 13, 2010*

[Cite as *07/13/2010 Case Announcements*, 2010-Ohio-3268.]

## MOTION AND PROCEDURAL RULINGS

**2009–1292. State ex rel. Doner v. Logan.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On October 23, 2009, the court referred this case to a master commissioner for the limited purpose of receiving evidence and stayed all established deadlines for briefing. On June 8, 2010, the parties were ordered to file motions no later than June 18, 2010, regarding the admissibility of the evidence submitted on June 1, 2010.

Upon consideration of relators' motion to strike respondents' presentation of evidence, Tabs E-N, the motion is denied.

Upon consideration of relators' motion to strike the affidavit of Jay Dorsey, the motion is denied.

Upon consideration of respondents' motion to strike, the motion is granted in part and the following evidence is stricken from the record:

• The Affidavit and Exhibits of Pressley L. Campbell in Response to the DeGroot Affidavit and the Stantec Criticisms; the Affidavit and Exhibits of James R. Moir in Response to the Stantec Reports; and the Affidavit and Exhibits of James R. Moir in Response to the Affidavit of Tadd H. Henson (Relators' Evid. Vol. 10, Tabs 124 & 125; Relators' Evid. Vol. 11, Tab 129).

• The Affidavit and Exhibit of Jay H. Gould (Relators' Evid. Vol. 4, Tab. 101).

• The Affidavit and Exhibits of Martha C. Brewer (Relators' Evid. Vol. 10, Tab 128).

The remainder of the motion is denied.

CUPP, J., not participating.

**2009–1292. State ex rel. Doner v. Logan.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On October 23, 2009, the court referred this case to a master commissioner for the limited purpose of receiving evidence and stayed all established deadlines for briefing. As of June 1, 2010, all evidence in this case has been filed. Upon consideration thereof,

It is ordered by the court, sua sponte, that the following schedule is set for the presentation of briefs. The relators shall file an amended merit brief in light of the master commissioner's evidentiary rulings within 30 days of the date of this entry; respondents shall file a brief within 30 days of the filing of relators' amended merit brief; and relators may file a reply brief within 20 days of the filing of respondents' brief.

CUPP, J., not participating.

**2009–1998. Ward v. Summa Health Sys.**

Summit App. No. 24567, 184 Ohio App.3d 254, 2009-Ohio-4859. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellees' motion to supplement the record,

It is ordered by the court that the motion is granted.

It is further ordered that the clerk of courts for Summit County shall supplement the record with the deposition of Virginia Abell, R.N., within 20 days of the date of this entry.

## MISCELLANEOUS DISMISSALS